[No. 43166-1-II.   Division Two.   June 3, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER MICHAEL CLAUSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-00967-3, John A. McCarthy, J., entered May 25, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Hunt, J., concurred in by Worswick and Melnick, JJ.

[No. 43404-1-II.   Division Two.   June 3, 2014.]

*In the Matter of the Detention of* TREMAYNE FRANCIS.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-2-08780-3, Frank E. Cuthbertson, J., entered May 3, 2012. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Worswick and Melnick, JJ.

[No. 43994-8-II.   Division Two.   June 3, 2014.]

*In the Matter of the Marriage of* DEBORAH SHAWN TANNER, *Appellant*, and ANTHONY DARRELL TANNER, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 11-3-00231-0, Jeanette Dalton, J., entered September 21, 2012. *Affirmed* by unpublished opinion per Lee, J., concurred in by Bjorgen, A.C.J., and Maxa, J.

[No. 44184-5-II.   Division Two.   June 3, 2014.]

THE CITY OF CAMAS, *Respondent*, v. VLADIMIR V. GRUNTKOVSKIY, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 12-1-00468-4, Daniel L. Stahnke, J., entered October 16, 2012. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Bjorgen, A.C.J., and Lee, J.